# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 27, 2021

## NO. 03-20-00420-CR

**Sean Patrick Bunker, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 453RD DISTRICT COURT OF HAYS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
## AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment of conviction. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.